IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR36 |
| | ) | |
| v. | ) | |
| | ) | |
| SHAWN BYNUM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on plaintiff's motion to dismiss (Filing No. 7).  The Court finds said motion should be granted.  Accordingly,

      IT IS ORDERED that plaintiff's motion is granted; the indictment in this action is dismissed.

      DATED this 10th day of January, 2007.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                            LYLE E. STROM, Senior Judge
                            United States District Court